**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SBLA, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0919837** |

4.   Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17111 Huntington Park Way** <br> **Boca Raton, FL 33496** <br> Number, Street, City, State & ZIP Code | **1615 S. Congress Ave, Suite 103** <br> **Delray Beach, FL 33445** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **sbla.com** |

6.   Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **SBLA, Inc.**
Name                                                                  Case number (*if known*)

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4249

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

| Debtor | **SBLA, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency

    Contact name

    Phone

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **SBLA, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor    **SBLA, Inc.**
_____    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2025**
_____
MM / DD / YYYY

**X** **/s/ Leonard Cogan**
_____    **Leonard Cogan**
Signature of authorized representative of debtor    _____
Printed name

Title    **CFO**
_____

---

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**
_____    Date    **March 11, 2025**
Signature of attorney for debtor    _____
MM / DD / YYYY

**Bradley S. Shraiberg 121622**
_____
Printed name

**Shraiberg Page PA**
_____
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
_____
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**    Email address    **bss@slp.law**
_____    _____

**121622 FL**
_____
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>SBLA, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors <span>12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 11, 2025__      X /s/ Leonard Cogan
                                   Signature of individual signing on behalf of debtor

                                   **Leonard Cogan**
                                   Printed name

                                   **CFO**
                                   Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **SBLA, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8Fig, Inc. 1717 W 6th St, Ste 335 Austin, TX 78703 | | **Lawsuit** | **Contingent Unliquidated Disputed** | **$1,431,773.00** | **$0.00** | **$1,431,773.00** |
| Capytal.com c/o Piekarski Law PLLC 1 Whitehall St, 2nd FL New York, NY 10004 | | **Lawsuit** | **Contingent Unliquidated Disputed** | **$108,295.00** | **$0.00** | **$108,295.00** |
| CHTD Company POB 2576 Springfield, IL 62708 | | **All assets of the Debtor** | | **Unknown** | **$0.00** | **Unknown** |
| Corporation Service Company POB 2576 Springfield, IL 62708 | | **All assets of the debtor.** | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| Corporation Service Company POB 2576 Springfield, IL 62708 | | **All assets of the debtor.** | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| Corporation Service Company POB 2576 Springfield, IL 62708 | | **All assets of the debtor.** | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| Corporation Service Company POB 2576 Springfield, IL 62708 | | **All assets of the debtor.** | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| Corporation Service Company POB 2576 Springfield, IL 62708 | | **All assets of the debtor.** | **Disputed** | **Unknown** | **$0.00** | **Unknown** |

| Debtor | SBLA, Inc. | | | | Case number *(if known)* | | |
|--------|------------|--|--|--|--|--|--|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CT Corporation System 330 N Brand Blvd, #700, ATTN: SPRS Glendale, CA 91203 | | Accounts, payment intangibles, letter of credit rights. | Disputed | Unknown | $0.00 | Unknown |
| CT Corporation System 330 N Brand Blvd, #700, ATTN: SPRS Glendale, CA 91203 | | All accounts and proceeds of Debtor. | Disputed | Unknown | $0.00 | Unknown |
| CT Corporation System 330 N Brand Blvd, #700, ATTN: SPRS Glendale, CA 91203 | | Receivables, chattel paper, inventory, equipment, instruments, investment property, documents, deposit accounts, general intangibles, supporting oblig | Disputed | Unknown | $0.00 | Unknown |
| Fox Funding Group, LLC 803 S 21st Ave Hollywood, FL 33020 | | Lawsuit | Contingent Unliquidated Disputed | $92,000.00 | $0.00 | $92,000.00 |
| Hillside Warehouse PO Box 6493 Edison, NJ 08818-6439 | | SBLA Beauty services rendered | Disputed | | | $3,000.00 |
| Libertas Funding, LLC 411 W Putnam Ave, Ste 220 Greenwich, CT 06380 | | Lawsuit | Contingent Unliquidated Disputed | $421,319.47 | $0.00 | $421,319.47 |
| Lynn Pinker Hurst LLP 2100 Ross Ave, Ste 2700 Dallas, TX 75201 | | Legal services | Disputed | | | $46,717.19 |
| Nemecek Cole 16255 Ventura Blvd, Ste 300 Encino, CA 91436 | | Legal services | | | | $7,500.00 |
| PfilixInc. 2100 Consulate Dr Orlando, FL 32837 | | | | | | $195,511.00 |

Debtor  **SBLA, Inc.**

Name                                                     Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pinnacle Business Funding LLC 1777 Reistertown Rd, Ste 390 Pikesville, MD 21208** | | **Lawsuit** | **Contingent Unliquidated Disputed** | **$110,691.88** | **$0.00** | **$110,691.88** |
| **Rocket Capital NY LLC 1250 E Hallandale Beach Blvd Ste 505 Hallandale, FL 33009** | | **Lawsuit** | **Contingent Unliquidated Disputed** | **$143,480.40** | **$0.00** | **$143,480.40** |
| **Spring Funding 101 Chase Ave Lakewood, NJ 08701** | | **Lawsuit** | **Contingent Unliquidated Disputed** | **$153,742.53** | **$0.00** | **$153,742.53** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **SBLA, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.....................................................................................................    $       **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................................    $       **801,858.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................................    $       **801,858.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **2,461,302.28**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$       **791,615.19**

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b                                $       **3,252,917.47**

**Fill in this information to identify the case:**

Debtor name    **SBLA, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **TD Bank** | **Checking** | **1809** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**         **$0.00**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Pfilix deposit on purchase of goods** | **$360,238.00** |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**         **$360,238.00**

     Add lines 7 through 8. Copy the total to line 81.

Debtor **SBLA, Inc.**　　　　　　　　　　　　　　　　Case number *(If known)* _____
　　　　Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** See attached listing | | $441,620.00 | Recent cost | $441,620.00 |
| 22.　**Other inventory or supplies** | | | | |

23.　**Total of Part 5.**　　　　　　　　　　　　　　　　　　　　| $441,620.00 |
　　　Add lines 19 through 22.  Copy the total to line 84.

24.　**Is any of the property listed in Part 5 perishable?**
　　　■ No
　　　☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　■ No
　　　☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

Debtor    **SBLA, Inc.**                                    Case number *(If known)* _____
                Name

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **SBLA, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $360,238.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $441,620.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $801,858.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $801,858.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

Summary

| | | | | Amazon On-Hand | Order Grid Canada On-Hand | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | Description | Cost | Capacity On Hand | | | L'Onvie On-Hand | Flip | Total Units | Month-End Value |
| 00107000530 | Labels | $ 0.02 | | 0 | 0 | 0 | 0 | 0 | $ - |
| 11107003 | SBLA original duo sleeve | $ 0.18 | 21,948 | 0 | 22 | 0 | 0 | 21,970 | $ 3,877.71 |
| 11107004 | SBLA XL Duo Sleeve | $ 0.18 | 27,328 | 0 | 50 | 0 | 0 | 27,378 | $ 4,832.22 |
| 11107005 | SBLA XL and Orignal Wand Sleeve | $ 0.18 | 33,052 | 0 | 35 | 0 | 0 | 33,087 | $ 5,839.86 |
| 11207006 | SBLA Lip Plumper Duo Sleeve | $ 0.18 | 34,746 | 0 | 0 | 0 | 0 | 34,746 | $ 6,132.67 |
| 11207007 | SBLA Face and Neck Duo Sleeve | $ 0.29 | 16,350 | 0 | 0 | 0 | 0 | 16,350 | $ 4,690.82 |
| 2027003410 | box | $ 0.23 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 6-107003A | SBLA NECK WAND CARTON - NEW | $ 0.23 | 195 | 0 | 0 | 0 | 0 | 195 | $ 44.85 |
| 680001 | SBLA NECK WAND CARTON | $ 0.23 | 95 | 0 | 0 | 0 | 0 | 95 | $ 21.85 |
| 9-107003 | SBLA CARTON SEAL | $ 0.02 | 1,595 | 0 | 0 | 0 | 0 | 1,595 | $ 31.90 |
| SP_INFLUENCERKIT | Influence Kit | $ - | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 2027003410 | box | $ - | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 1-307003 | Lip Plumper Plastic Bottle 1B | $ 0.36 | 0 | 0 | 0 | 82,432 | 0 | 82,432 | $ 29,378.76 |
| 2-307003 | Lip Plumper Plastic Cap Assembly 1C | $ 0.30 | 0 | 0 | 0 | 184,950 | 0 | 184,950 | $ 54,856.17 |
| 3-307003 | Lip Plumper Plastic Wiper 1W | $ 0.02 | 0 | 0 | 0 | 184,958 | 0 | 184,958 | $ 3,699.16 |
| 1-307003-1 | Lip Plumper Plastic Bottle with Band | $ 0.33 | 0 | 0 | 0 | 100,352 | 0 | 100,352 | $ 33,276.72 |
| Q10203 | NW001 Neck Wand XL Carton Box | $ 0.23 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Q6117004 | NW002 Face Wand Carton box | $ 0.23 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Q307003D | NW011 012 Lip Plumper Folding Carton Box | $ 0.23 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Q307005A | NW011 Label - bottom of Vial | $ 0.02 | 0 | 0 | 0 | 500 | 0 | 500 | $ 10.00 |
| Q307005B | NW011 Label - side of carton | $ 0.05 | 0 | 0 | 0 | 20,000 | 0 | 20,000 | $ 1,000.00 |
| Q307004A | NW012 Label - bottom of Vial | $ 0.05 | 0 | 0 | 0 | 15,000 | 0 | 15,000 | $ 750.00 |
| Q307004B | NW012 Label - side of carton | $ 0.02 | 0 | 0 | 0 | 15,000 | 0 | 15,000 | $ 300.00 |
| Q0002 | Uline White Round Clear Seal | $ 0.05 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Q307006 | NW014 Label of Vial Bottom | $ 0.05 | 0 | 0 | 0 | 80,000 | 0 | 80,000 | $ 4,000.00 |
| Q307007 | NW013 Label of Vial Bottom | $ 0.05 | 0 | 0 | 0 | 90,000 | 0 | 90,000 | $ 4,500.00 |
| 308001C | Lip Plumper Carton Box- Christie | $ 0.36 | 0 | 0 | 0 | 79,726 | 0 | 79,726 | $ 28,692.59 |
| UP30001 | Lip Plumper Internal Tray | $ - | 0 | 0 | 0 | 116,900 | 0 | 116,900 | $ - |
| 4-308001R | Lip Plumper Carton Box- Randi | $ 0.36 | 0 | 0 | 0 | 34,625 | 0 | 34,625 | $ 12,461.19 |
| 11-107003 | Neck Wand Twin Pack Sleeve | $ 0.18 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 11-107004 | Neck Wand XL Twin Pack Sleeve | $ 0.18 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 11-107005 | Neck Wand Regular and Neck Wand XL Twin Pack Sleeve | $ 0.18 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 11-207006 | Lip Plump and Sculp Twin Pack Sleeve | $ 0.18 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4-107003B | NW030 Neck Wand Orignal Carton Box (Silver) | $ 0.23 | 0 | 0 | 0 | 54,250 | 0 | 54,250 | $ 12,214.39 |
| 4-107004B | NW001 Neck Wand XL Carton Box (Purple) | $ 0.23 | 0 | 0 | 0 | 63,700 | 0 | 63,700 | $ 14,342.06 |
| 4-107004A | Neck Wand Xl Carton Purple-brighterdeeper shade of purple | $ 0.23 | 0 | 0 | 0 | 6,000 | 0 | 6,000 | $ 1,380.00 |
| 4-307005B | NW011 012 Lip Plumper Regular Carton | $ 0.19 | 0 | 0 | 0 | 147,000 | 0 | 147,000 | $ 28,419.51 |
| 4-307003 | Lip Plumper Carton | $ 0.19 | 0 | 0 | 0 | 32,400 | 0 | 32,400 | $ 6,156.00 |
| UP0101 | SB106 37891-003-002 Inner bottle + Collar (injection white without de | $ 0.33 | 0 | 0 | 0 | 19,520 | 0 | 19,520 | $ 6,402.56 |
| UP0102 | SB106 37891-002-002 Outer (cap + bottle) w shiny silver plating + 2c | $ 1.07 | 0 | 0 | 0 | 18,720 | 0 | 18,720 | $ 20,030.40 |
| UP0503 | SB106 37891-006-001 Applicator (injection white only) + Silver SS ball | $ 0.30 | 0 | 0 | 0 | 19,500 | 0 | 19,500 | $ 5,752.50 |
| UP0504 | SB106 37891-007-001 Bottom Plug Cap with Shiny Plating | $ 0.13 | 0 | 0 | 0 | 18,500 | 0 | 18,500 | $ 2,368.00 |
| UP2002 | SB106 4-80117ELC Eye Lid & Brow Lift Carton box | $ 0.73 | 100 | 0 | 0 | 0 | 0 | 100 | $ 72.99 |
| UP2003 | SB106 4-80117ELB Eye Lid & Brow Lift Base | $ - | 100 | 0 | 0 | 6,900 | 0 | 7,000 | $ - |
| UP2001 | S-13122C- Removable Adhesive Circle Labels - Clear, 3/4" | $ 0.01 | 0 | 0 | 0 | 36,720 | 0 | 36,720 | $ 367.20 |
| NW030-2 | SBLA Neck Wand Components | $ - | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| NW001-2 | SBLA Neck Wand XL Components | $ - | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| APR-0230-15PEN | 15ml refillable airless pen with injection white Mia Applicator. hot st | $ 1.48 | 0 | 0 | 0 | 38,220 | 0 | 38,220 | $ 56,718.48 |
| APR-0230-15CART | 15ml natural clear PP cartridge | $ 0.22 | 0 | 0 | 0 | 62,360 | 0 | 62,360 | $ 13,594.48 |
| APR-0230-15PUMP | Pump Engine | $ 0.17 | 0 | 0 | 0 | 38,036 | 0 | 38,036 | $ 6,618.26 |
| APR-0230-15CAP | Injection color pump with injection white PP service cap | $ 0.27 | 0 | 0 | 0 | 36,240 | 0 | 36,240 | $ 9,821.04 |
| LFL2004 | SBLA Liquid Face Lift Kit Carton | $ 1.01 | 0 | 0 | 0 | 37,172 | 0 | 37,172 | $ 37,357.86 |
| LFL2005 | SBLA Liquid Face Lift Kit Tray | $ - | 0 | 0 | 0 | 36,512 | 0 | 36,512 | $ - |
| LFL2006 | SBLA Liquid Face Lift Kit Carton REFILL | $ - | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| AMAZON_BULK_R | amazon bulk return | $ - | 15 | 0 | 0 | 0 | 0 | 15 | $ - |
| SP_PURPLECRINKL | SP_PURPLECRINKLE | $ 0.01 | 11 | 0 | 0 | 0 | 0 | 11 | $ 0.11 |
| SP_WHITEBOX | White box | $ 0.25 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| PRCARD | PR CARD | $ 0.10 | 202 | 0 | 0 | 0 | 0 | 202 | $ 20.20 |
| S-5457 | Self seal bubble bags | $ 0.39 | 14 | 0 | 0 | 0 | 0 | 14 | $ 5.49 |
| PRBRANDEDBOX | Branded PR box | $ 0.25 | 196 | 0 | 0 | 0 | 0 | 196 | $ 49.00 |
| PRBOXPLAINLRG | PRBOXPLAINLRG S-23465W | $ 6.40 | 19 | 0 | 0 | 0 | 0 | 19 | $ 121.60 |
| S-10699 | Special PR box | $ 0.25 | 100 | 0 | 0 | 0 | 0 | 100 | $ 25.00 |
| S-13122C | Branded PR box | $ 0.25 | 100 | | | | | | |
| PRCARDFACE | PR card facelift wand | $ 0.20 | 428 | 0 | 0 | 0 | 0 | 428 | $ 85.60 |
| S-11241 | 9x7.5x3 White Influencer Box | $ 0.50 | 0 | 0 | 42 | 0 | 0 | 42 | $ 21.00 |
| 4-117004B | NW002 Face Wand Carton Box | $ 0.19 | 0 | 0 | 0 | 112,000 | 0 | 112,000 | $ 21,280.00 |
| **Total** | | | **136,594** | **0** | **149** | **1,788,193** | **0** | **1,924,836** | **$ 441,620.19** |

Page 1

| Fill in this information to identify the case: |
|---|

Debtor name **SBLA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

---

**2.1  8Fig, Inc.**

Creditor's Name

**1717 W 6th St, Ste 335
Austin, TX 78703**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/9/2024**

**Last 4 digits of account number**
**0110**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lawsuit**

**Describe the lien**
**Purchase of future receivables - UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**$1,431,773.00** | **$0.00**

---

**2.2  Capytal.com**

Creditor's Name

**c/o Piekarski Law PLLC
1 Whitehall St, 2nd FL
New York, NY 10004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0708**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Lawsuit**

**Describe the lien**
**Purchase of future receivables**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$108,295.00** | **$0.00**

---

| Debtor | **SBLA, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **CHTD Company** | | | **Describe debtor's property that is subject to a lien** | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|---|---|

**CHTD Company**
Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

Creditor's email address, if known

**Describe the lien**
**UCC - 20246732893**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**9/30/2024**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Corporation Service Company** | | | **Describe debtor's property that is subject to a lien** | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|---|---|

**Corporation Service Company**
Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the debtor.**

Creditor's email address, if known

**Describe the lien**
**UCC - 20210017540**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**12/9/2021**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Corporation Service Company** | | | **Describe debtor's property that is subject to a lien** | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|---|---|

**Corporation Service Company**
Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the debtor.**

**Describe the lien**
**UCC - 20216091848**

---

Debtor **SBLA, Inc.**
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**
**8/3/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**All assets of the debtor.**

**Describe the lien**
**UCC - 20225570650**
Is the creditor an insider or related party?
☑ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/4/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**All assets of the debtor.**

**Describe the lien**
**UCC - 20232916814**
Is the creditor an insider or related party?
☑ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/21/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **SBLA, Inc.**
_____
Name

Case number (*if known*) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**POB 2576
Springfield, IL 62708**

Creditor's mailing address

**All assets of the debtor.**

**Describe the lien**
**UCC - 20236384282**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/20/2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **CT Corporation System** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**330 N Brand Blvd, #700,
ATTN: SPRS
Glendale, CA 91203**

Creditor's mailing address

**Accounts, payment intangibles, letter of credit rights.**

**Describe the lien**
**UCC - 20244410120**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **CT Corporation System** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**330 N Brand Blvd, #700,
ATTN: SPRS
Glendale, CA 91203**

Creditor's mailing address

**All accounts and proceeds of Debtor.**

**Describe the lien**
**UCC - 20246404592**

---

Debtor **SBLA, Inc.**                                        Case number (if known) _____
　　　 Name

_____
Creditor's email address, if known

**Date debt was incurred**
**9/17/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.11 | **CT Corporation System** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**330 N Brand Blvd, #700, ATTN: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Receivables, chattel paper, inventory, equipment, instruments, investment property, documents, deposit accounts, general intangibles, supporting obligations, letter of credit rights and proceeds and products of foregoing.**

**Describe the lien**
**UCC - 20248643858**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**12/11/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.12 | **Fox Funding Group, LLC** | Describe debtor's property that is subject to a lien | **$92,000.00** | **$0.00** |

Creditor's Name

**803 S 21st Ave**
**Hollywood, FL 33020**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lawsuit**

**Describe the lien**
**Purchase of future receivables**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**1/28/2025**
**Last 4 digits of account number**
**1220**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **SBLA, Inc.**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 3 | **Libertas Funding, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Lawsuit** | $421,319.47 | $0.00 |
|---|---|---|---|---|

**411 W Putnam Ave, Ste 220**
**Greenwich, CT 06380**
Creditor's mailing address

Describe the lien
**Purchase of future receivables**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**1546**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Middesk, Inc as Rep**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor** | Unknown | $0.00 |
|---|---|---|---|---|

**9450 SW Gemini Dr, PMB**
**71516**
**Beaverton, OR 97008-7105**
Creditor's mailing address

Describe the lien
**UCC - 20246609893**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**9/24/2024**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **Pinnacle Business Funding**<br>**LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Lawsuit** | $110,691.88 | $0.00 |
|---|---|---|---|---|

**1777 Reistertown Rd, Ste**
**390**
**Pikesville, MD 21208**
Creditor's mailing address

Describe the lien
**Purchase of future receivables**

---

| Debtor | SBLA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**
**2025**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 6 | **Rocket Capital NY LLC** | Describe debtor's property that is subject to a lien | $143,480.40 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lawsuit** | | |

**1250 E Hallandale Beach Blvd**
**Ste 505**
**Hallandale, FL 33009**
Creditor's mailing address

Describe the lien
**Purchase of future receivables**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0042**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 7 | **Spring Funding** | Describe debtor's property that is subject to a lien | $153,742.53 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lawsuit** | | |

**101 Chase Ave**
**Lakewood, NJ 08701**
Creditor's mailing address

Describe the lien
**Purchase of future receivables**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2025**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 8

Debtor   **SBLA, Inc.**                                                  Case number (if known) _____
         _____
         Name

■ No
☐ Yes. Specify each creditor,          ■ Contingent
including this creditor and its relative ■ Unliquidated
priority.                                ■ Disputed
_____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,461,302.28 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Avi Faskowitz, Esq**<br>**6143 186th St, Ste 207**<br>**Fresh Meadows, NY 11365** | Line **2.13** | |
| **Boris Yankovich**<br>**1 World Trade Center, Ste 8500**<br>**New York, NY 10007** | Line **2.16** | |
| **Capytal.com**<br>**333 W Commercial St**<br>**3rd FL, Ste 324**<br>**East Rochester, NY 14445** | Line **2.2** | |
| **Lieberman and Klestzick LLP**<br>**1855 Griffin Rd**<br>**DCOTA-Suite A-350**<br>**Ft Lauderdale, FL 33004** | Line **2.12** | |
| **Madeb Law PLLC**<br>**2433 Knapp St, Ste 203A**<br>**Brooklyn, NY 11235** | Line **2.15** | |
| **Padfield and Stout**<br>**Attn: Mark Stout**<br>**100 Throckmorton St, Ste 700**<br>**Fort Worth, TX 76102** | Line **2.1** | |
| **Pollock Law Group**<br>**Attn: Alan K Pollock, Esq.**<br>**8 Wayne Ave**<br>**Suffern, NY 10901** | Line **2.17** | |
| **Randi Cogan**<br>**1615 S Congress Ave Ste 103**<br>**Delray Beach, FL 33445** | Line **2.3** | |
| **SBLA Beauty**<br>**1615 S Congress Ave Ste 103**<br>**Delray Beach, FL 33445** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name **SBLA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: Special Procedures**
**P.O. Box 34045**
**Stop 572**
**Jacksonville, FL 32202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | SBLA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1950**
**Miami, FL 33131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SBLA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.8** | Priority creditor's name and mailing address
**US Attorney Southern District of Florida**
**500 S Australian Ave, Ste 400**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
**Blue Land Partners**
**1803 Evergreen Ave**
**Austin, TX 78704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim:   **SBLA Beauty services rendered**
Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.2** | Nonpriority creditor's name and mailing address
**Capacity**
**1112 Corporate Rd**
**North Brunswick, NJ 08902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim:   **SBLA Beauty services rendered**
Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.3** | Nonpriority creditor's name and mailing address
**Christie Brinkley Inc.**
**c/o Gelfand Rennert and Feldman**
**445 Hamilton Ave**
**White Plains, NY 10601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim:   **SBLA Beauty services rendered**
Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **SBLA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darkroom Studios LLC**
**8549 Wilshire Blvd #2269**
**Beverly Hills, CA 90211**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawsuit for services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dia Creative LLC**
**2835 Rutgers Pl**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SBLA Beauty services rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Digital Elements LLC**
**11 Cornell Pl**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SBLA Beauty services rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEN 3 Marketing**
**960B Harvest Dr, Ste 210**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SBLA Beauty services rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Hillside Warehouse**
**PO Box 6493**
**Edison, NJ 08818-6439**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **SBLA Beauty services rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $538,887.00 |
|---|---|---|---|

**Leonard Cogan**
**17111 Huntington Park Way**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2023**

Last 4 digits of account number __

Basis for the claim:  **Loan to SBLA Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46,717.19 |
|---|---|---|---|

**Lynn Pinker Hurst LLP**
**2100 Ross Ave, Ste 2700**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number  **2980**

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **SBLA, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Meta Platforms Inc.**<br>**1601 Willow Rd**<br>**Menlo Park, CA 94025**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **SBLA Beauty services rendered**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Nemecek Cole**<br>**16255 Ventura Blvd, Ste 300**<br>**Encino, CA 91436**<br><br>**Date(s) debt was incurred  2022**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |

---

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Ordergroove**<br>**228 Park Ave S, Ste 56661**<br>**New York, NY 10001**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **SBLA Beauty services rendered**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**PfilixInc.**<br>**2100 Consulate Dr**<br>**Orlando, FL 32837**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195,511.00** |

---

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Postscript**<br>**3370 N Hayden Rd, Ste 123**<br>**Scottsdale, AZ 85251**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **SBLA Beauty services rendered**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Primelis US Inc.**<br>**1180 Avenue of the Americas, 8th FL**<br>**New York, NY 10036**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **SBLA Beauty services rendered**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Sauer and Wagner**<br>**1801 Century Park E, Ste 1150**<br>**Los Angeles, CA 90067**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| Debtor | SBLA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shopify**
**151 O'Connor St**
**Ottawa Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __SBLA Beauty services rendered__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sklar Kirsh LLP**
**1880 Century Park E, Ste 300**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal services__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sugatan**
**1209 Orange St**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __SBLA Beauty services rendered__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taylor and Pond Corporate Communications**
**840 5th Ave, 3rd FL**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Lawsuit for Services rendered__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tick-Tock Technologies Inc.**
**1700-777 Dunsmuir St band**
**Vancouver BC V7Y1K4 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __SBLA Beauty services rendered__

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gibson & Perkins PC**<br>**100 W Sixth St, Ste 204**<br>**Media, PA 19063** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Siegel and Siegel**<br>**521 Fifth Ave, Ste 1700**<br>**New York, NY 10175** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **SBLA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Sugar Law Group**<br>**Michael Plastina**<br>**254 Ferrand Dr, Ste 401**<br>**Toronto ON M3C3G8** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Tarter Krinsky and Dorgin LLP**<br>**1350 Broadway**<br>**New York, NY 10018** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **William Charles Tannenbaum**<br>**9701 Wilshire Blvd, Ste 1000**<br>**Beverly Hills, CA 90212** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 791,615.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 791,615.19 |

**Fill in this information to identify the case:**

Debtor name **SBLA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **SBLA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Leonard Cogan | 17111 Huntington Park Way Boca Raton, FL 33496 | Fox Funding Group, LLC | ■ D  **2.12** ☐ E/F _____ ☐ G _____ |
| 2.2 | Randi Cogan | 426 Russel Hill Rd Toronto On M5P2S3 | Libertas Funding, LLC | ■ D  **2.13** ☐ E/F _____ ☐ G _____ |
| 2.3 | Randi Cogan | 426 Russel Hill Rd Toronto On M5P2S3 | Pinnacle Business Funding LLC | ■ D  **2.15** ☐ E/F _____ ☐ G _____ |
| 2.4 | Randi Cogan | 426 Russel Hill Rd Toronto On M5P2S3 | Fox Funding Group, LLC | ■ D  **2.12** ☐ E/F _____ ☐ G _____ |
| 2.5 | Randi Cogan | 426 Russel Hill Rd Toronto On M5P2S3 | Rocket Capital NY LLC | ■ D  **2.16** ☐ E/F _____ ☐ G _____ |

| Debtor | **SBLA, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Randi Cogan**<br>**426 Russel Hill Rd**<br>**Toronto On M5P2S3** | **Spring Funding** | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Robert Koyman**<br>**2 Avenue Rd**<br>**Toronto Ontario** | **Libertas Funding,<br>LLC** | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Robert Koyman**<br>**2 Avenue Rd**<br>**Toronto Ontario** | **Fox Funding Group,<br>LLC** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Robert Koyman**<br>**2 Avenue Rd**<br>**Toronto Ontario** | **8Fig, Inc.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **SBLA, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **9/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $422,467.00 |
| **For year before that:**<br>From  **9/01/2023** to  **8/31/2024** | ■ Operating a business<br>☐ Other _____ | $1,800,892.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Davenport law** | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **SBLA, Inc.**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Libertas Funding** | | $55,714.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Padfield and South Trust Act** | | $35,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Pinnacle Business Funding** | | $9,839.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Rocket Capital NY LLC** | | $16,860.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Spring Funding** | | $8,744.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Randi Cogan**<br>**426 Russel Hill Rd**<br>**Toronto On M5P2S3**<br>**CEO** | **2/2024-9/27/2024** | $70,906.00 | **Shareholder advance** |
| 4.2. **SBLA Beauty Inc**<br>**426 Russell Hill Rd**<br>**Toronto ON M5P2S3** | | $763,016.00 | **Purchase of product from SBLA Inc.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **SBLA, Inc.** | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 8Fig, Inc. v. SBLA Beauty Inc, SBLA Inc. and Robert Koyman<br>D-1-GN-25-000110 | Breach of Contract, Breach of Guaranty | District Court, Travis County, Texas<br>1000 Guadalupe St<br>Austin, TX 78701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Capytal.com vs. SBLA, Inc,, SBLA Inc, SBLA, SBLA Beauty and Randi Joy Cogan<br>2025000708 | Breach of Contract | Supreme Court, Monroe County, NY<br>99 Exchange Blvd, #545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Darkroom Studios, LLC v. SBLA Beauty, Inc & DOES 1 through 10<br>24STCV05320 | Breach of Written Contract | Superior Court of the State of CA<br>111 North Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Fox Funding Group, LLC vs. SBLA, Inc, SBLA Brands, Inc, Randi J Cogan, Leonard Cogan, Robert Koyman<br>CACE25001220 | Breach of Contract | Circuit Court, Broward County Florida<br>201 SE 6th St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Libertas Funding, LLC v. SBLA Inc, dba SBLA Beauty, Randi Joy Cogan and Robert Koyman<br>202501081546 | Breach of Contract | Supreme Court, Monroe County, NY<br>99 Exchange Blvd #545<br>Rochester, NY 14614 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Pinnacle Business Funding LLC vs. SBLA Inc. and Randi Joy Cogan<br>650536/2025 | Breach of Contract | Supreme Court, County of New York, NY<br>60 Centre St<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Primelis US, Inc. vs. SBLA Brands, Inc. aka SBLA Beauty Inc.<br>659564/2024 | Breach of Contract | Supreme Court, New York County, NY<br>60 Centre St<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **SBLA, Inc.**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **Rocket Capital NY LLC vs. SBLA Inc., and Randi Joy Cogan**<br>**202501030321** | **Breach of Contract** | **Supreme Court, Ontario County, NY**<br>**27 N Main St**<br>**Canandaigua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Spring Funding vs. SBLA Inc. and Randy Joy Cogan**<br>**Index No: 501315/2025** | **Breach of Contract** | **Supreme Court, Kings County, NY**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Taylor and Pond vs. SBLA Inc, SBLA Brands Inc and SBLA Beauty Inc.**<br>**37-2023-00014899-CU-BC-CTL** | **Breach of Contract, Account Stated and Unjust Enrichment** | **Superior Court, San Diego Co, CA**<br>**1100 Union St**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    SBLA, Inc.                                                Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Berger Singerman 1450 Brickell Ave Ste 1900 Miami, FL 33131 | | 1/15/2025 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Davenport Law 5900 Lake Forst Dr McKinney, TX 75070 | | 12/27/2024 | $20,000.00 |
| | Email or website address Ktough@davenportlaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Shraiberg Page PA 2385 NW Executive Center Dr Suite 300 Boca Raton, FL 33431 | | February 6, 2025 - $25,000; March 11, 2025 - $25,000. | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Leonard Cogan | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **SBLA, Inc.**                                                    Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **SBLA, Inc.** _____   Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Debtor | SBLA, Inc. | Case number *(if known)* |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **SBLA Brands Inc** | **Parent company** | **Dates business existed**<br>EIN:     **83-0906318**<br>From-To   **June 2018 to present** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Leonard Cogan**<br>**17111 Huntington Park Way**<br>**Boca Raton, FL 33496** | **6/2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **KSDT**<br>**951 Yamato Rd, Ste 210**<br>**Boca Raton, FL 33431** | **2023-2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Leonard Cogan**<br>**17111 Huntington Park Way**<br>**Boca Raton, FL 33496** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SBLA Brands Inc | 1615 S Congress Ave, Ste 103<br>Delray Beach, FL 33445 | Shareholder | |

Debtor    **SBLA, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randi Cogan-Shinder | 426 Russel Hill Rd Toronto On M5P2S3 | CEO | 40% indirectly |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Koyman | 2 Avenue Rd Toronto ON | COO | 40% indirectly |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard Cogan | 17111 Huntington Park Way Boca Raton, FL 33496 | CFO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Randi Cogan-Shinder 426 Russel Hill Rd Toronto ON M5P2S3 | 70,906.00 | 2/2024-9/27/2024 | Shareholder advance |
| | Relationship to debtor CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **SBLA, Inc.**                                          Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2025**

**/s/ Leonard Cogan**                              **Leonard Cogan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **SBLA, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Randi Cogan-Shinder**<br>**426 Russel Hill Rd**<br>**Toronto On M5P2S3** | | | |
| **Robert Koyman**<br>**2 Avenue Rd**<br>**Toronto ON** | | | |
| **SBLA Brands Inc**<br>**1615 S Congress Ave**<br>**Suite 103**<br>**Delray Beach, FL 33445** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 11, 2025**

Signature   **/s/ Leonard Cogan**

**Leonard Cogan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **SBLA, Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **March 11, 2025** _____        **/s/ Leonard Cogan** _____
                                    **Leonard Cogan**/**CFO**
                                    Signer/Title

```
8Fig, Inc.
1717 W 6th St, Ste 335
Austin, TX 78703


Avi Faskowitz, Esq
6143 186th St, Ste 207
Fresh Meadows, NY 11365


Blue Land Partners
1803 Evergreen Ave
Austin, TX 78704


Boris Yankovich
1 World Trade Center, Ste 8500
New York, NY 10007


Capacity
1112 Corporate Rd
North Brunswick, NJ 08902


Capytal.com
c/o Piekarski Law PLLC
1 Whitehall St, 2nd FL
New York, NY 10004


Capytal.com
333 W Commercial St
3rd FL, Ste 324
East Rochester, NY 14445


Christie Brinkley Inc.
c/o Gelfand Rennert and Feldman
445 Hamilton Ave
White Plains, NY 10601


CHTD Company
POB 2576
Springfield, IL 62708


Corporation Service Company
POB 2576
Springfield, IL 62708
```

CT Corporation System
330 N Brand Blvd, #700, ATTN: SPRS
Glendale, CA 91203


Darkroom Studios LLC
8549 Wilshire Blvd #2269
Beverly Hills, CA 90211


Dia Creative LLC
2835 Rutgers Pl
Oceanside, CA 92056


Digital Elements LLC
11 Cornell Pl
New Rochelle, NY 10804


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Fox Funding Group, LLC
803 S 21st Ave
Hollywood, FL 33020


GEN 3 Marketing
960B Harvest Dr, Ste 210
Blue Bell, PA 19422


Gibson & Perkins PC
100 W Sixth St, Ste 204
Media, PA 19063


Hillside Warehouse
PO Box 6493
Edison, NJ 08818-6439


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

Leonard Cogan
17111 Huntington Park Way
Boca Raton, FL 33496


Libertas Funding, LLC
411 W Putnam Ave, Ste 220
Greenwich, CT 06380


Lieberman and Klestzick LLP
1855 Griffin Rd
DCOTA-Suite A-350
Ft Lauderdale, FL 33004


Lynn Pinker Hurst LLP
2100 Ross Ave, Ste 2700
Dallas, TX 75201


Madeb Law PLLC
2433 Knapp St, Ste 203A
Brooklyn, NY 11235


Meta Platforms Inc.
1601 Willow Rd
Menlo Park, CA 94025


Middesk, Inc as Rep
9450 SW Gemini Dr, PMB 71516
Beaverton, OR 97008-7105


Nemecek Cole
16255 Ventura Blvd, Ste 300
Encino, CA 91436


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Ordergroove
228 Park Ave S, Ste 56661
New York, NY 10003

Padfield and Stout
Attn: Mark Stout
100 Throckmorton St, Ste 700
Fort Worth, TX 76102


PfilixInc.
2100 Consulate Dr
Orlando, FL 32837


Pinnacle Business Funding LLC
1777 Reistertown Rd, Ste 390
Pikesville, MD 21208


Pollock Law Group
Attn: Alan K Pollock, Esq.
8 Wayne Ave
Suffern, NY 10901


Postscript
3370 N Hayden Rd, Ste 123
Scottsdale, AZ 85251


Primelis US Inc.
1180 Avenue of the Americas, 8th FL
New York, NY 10036


Randi Cogan
1615 S Congress Ave Ste 103
Delray Beach, FL 33445


Rocket Capital NY LLC
1250 E Hallandale Beach Blvd
Ste 505
Hallandale, FL 33009


Sauer and Wagner
1801 Century Park E, Ste 1150
Los Angeles, CA 90067


SBLA Beauty
1615 S Congress Ave Ste 103
Delray Beach, FL 33445

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131

Shopify
151 O'Connor St
Ottawa Canada

Siegel and Siegel
521 Fifth Ave, Ste 1700
New York, NY 10175

Sklar Kirsh LLP
1880 Century Park E, Ste 300
Los Angeles, CA 90067

Spring Funding
101 Chase Ave
Lakewood, NJ 08701

Sugar Law Group
Michael Plastina
254 Ferrand Dr, Ste 401
Toronto ON M3C3G8

Sugatan
1209 Orange St
Wilmington, DE 19801

Tarter Krinsky and Dorgin LLP
1350 Broadway
New York, NY 10018

Taylor and Pond Corporate Communications
840 5th Ave, 3rd FL
San Diego, CA 92101

Tick-Tock Technologies Inc.
1700-777 Dunsmuir St band
Vancouver BC V7Y1K4 Canada

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 S Australian Ave, Ste 400
West Palm Beach, FL 33401


William Charles Tannenbaum
9701 Wilshire Blvd, Ste 1000
Beverly Hills, CA 90212