

**ORDERED in the Southern District of Florida on April 8, 2025.**

Erik P. Kimball
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

SBLA Inc.                                                      Case No. 25-12606-EPK

    Debtor.                                              Chapter 11 Subchapter V
_____/

**INTERIM ORDER GRANTING *EMERGENCY* MOTION TO AUTHORIZE USE OF CASH COLLATERAL AND SETTING FURTHER HEARING**

**THIS MATTER** came before the Court for hearing on April 2, 2025, upon the *Emergency Motion to Authorize Use of Cash Collateral* [ECF No. 5] (the "Motion") filed by SBLA Inc. (the "Debtor") and the First Interim Order [ECF No. 23].

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.    The Motion [ECF No. 5] is **GRANTED**, effective as of March 11, 2025, on an interim basis subject to a further hearing as set forth herein.

2.    <u>Use of Cash Collateral</u>. The Debtor shall be entitled to use cash collateral to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in, and consistent with, the budget attached to this Order as Exhibit A (the "Budget"),

provided that the Debtor shall also be entitled to pay prepetition employee wages as separately authorized by the Court. The Debtor is also authorized: (a) to exceed any line item on the Budget by an amount equal to ten (10%) percent of each such line item; or (b) to exceed any line item by more than ten (10%) percent so long as the total of all amounts in excess of all line items for the Budget do not exceed ten (10%) percent in the aggregate of the total Budget.

3.　　<u>Replacement Liens</u>.　Notwithstanding the provisions of section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by § 552(b) of the Bankruptcy Code, the Debtor grants in favor Secured Creditors, as security for all indebtedness that is owed by the Debtor to the same, but only to the extent that each entity's cash collateral is used by the Debtor, post-petition security interests and liens in, to and against any and all personal property of the Debtor, to the same extent and priority that each such entity held a properly perfected pre-petition security interest in such assets; <u>provided that</u>, however, under no circumstances shall Secured Creditors have a lien on any causes of action arising under 11 U.S.C. § 542 *et seq.*, the proceeds therefrom, or any of the Debtor's assets that it did not have a right to pre-petition.

4.　　<u>Duration.</u>　The use of cash collateral provisions in this Order shall remain in effect through May 14, 2025, unless otherwise ordered by the Court.

5.　　<u>Accounts Receivable</u>. Any entity which is an account debtor of the Debtor's or collects payments on behalf of the Debtor shall remit all payments to the Debtor. This Order is without prejudice to any defenses any such entity has for such entity's prepetition actions, and this Order is not an adjudication of any amounts owed.

6.　　<u>Further Interim Hearing</u>. This Court will hold a further hearing, which may be a final hearing, to consider cash collateral and the Motion [ECF No. 5] on **May 14, 2025, at 1:30 p.m.** by video conference. The hearing scheduled by this Order will take place only by video

conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate via Video Conference by Zoom for Government, persons must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

###

Submitted by:

Bradley S. Shraiberg, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*